UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARIEL WIGGINS,<br><br>Defendant | Criminal No.  24cr10153<br><br>Violation:<br><br><u>Count One</u>: Engaging in the Business of Dealing in Firearms Without a License<br>(18 U.S.C. § 922(a)(1)(A))<br><br><u>Firearm Forfeiture Allegation</u>:<br>(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)) |

<u>INFORMATION</u>

COUNT ONE
Engaging in the Business of Dealing in Firearms Without a License
(18 U.S.C. § 922(a)(1)(A))

The United States Attorney charges:

On or about diverse dates including between June 28, 2021, and December 9, 2022, in Boston, in the District of Massachusetts, and elsewhere, the defendant,

ARIEL WIGGINS,

not being a licensed importer, manufacturer or dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, did willfully engage in the business of dealing in firearms.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 922, set forth in Count One above, the defendant,

ARIEL WIGGINS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

a. a .45 caliber privately made firearm, bearing serial number BWET937;

b. a Glock 19x handgun, bearing serial number BSLH214;

c. a Glock 30 GEN 4 handgun, bearing serial number BKXA051;

d. a privately made firearm with a Glock slide, inside a Glock gun box labeled "G19X;

e. a Glock model 23 semi-automatic pistol bearing serial number BUCX189;

f. a black and gray privately made firearm without a serial number; and

g. a Norinco 7.62 rifle, bearing serial number 9447999.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

  All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

            JOSHUA S. LEVY
            Acting United States Attorney


      By: */s/ John T. Dawley, Jr.*
         John T. Dawley, Jr.
         Assistant United States Attorney