# Criminal Case Cover Sheet  U.S. District Court - District of Massachusetts

**Place of Offense:**  Category No. __II__   Investigating Agency __ATF__

**City** __Boston__   **Related Case Information:**

**County** __Suffolk__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number __22-mj-8231 to -8234-PGL__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Ariel Wiggins__   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) __Boston, MA__

Birth date (Yr only): __1999__   SSN (last4#): __9167__   Sex __M__   Race: __Black__   Nationality: _____

**Defense Counsel if known:** __Erin R. Opperman, Esq.__   Address __Law Offices of Erin R. Opperman__

**Bar Number** _____   __3 Bessom St. #154, Marblehead, MA 01945__

**U.S. Attorney Information:**

**AUSA** __John T. Dawley, Jr.__   Bar Number if applicable __683662__

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __5/20/2024__   Signature of AUSA: __/s/ John T. Dawley, Jr.__

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Ariel Wiggins

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms Without a License | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____